PROB 12C
(6/16)

Report Date: December 9, 2016

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Todd Case              Case Number: 0980 2:07CR00119-RHW-2

Address of Offender:            Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 5, 2009

Original Offense:   Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), and 846

Original Sentence:  Prison - 70 months;              Type of Supervision: Supervised Release
                    TSR - 48 months

Asst. U.S. Attorney:  Joseph H. Harrington          Date Supervision Commenced: June 5, 2014

Defense Attorney:    Federal Defenders              Date Supervision Expires: June 4, 2018

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Daniel Case violated the terms of his supervised release in Spokane, Washington, on December 7, 2016, by being formally charged with a Class C Felony. |
| | On November 19, 2016, Spokane police received a report of two fraudulent transactions that had taken place at a Sportsman's Warehouse sporting goods store in Spokane. The alleged offense was reported to have occurred on October 16, 2016. The report indicated that Mr. Case and an associate had used Visa gift cards, which had been reprogrammed with stolen Discover credit card accounts. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Daniel Case violated the terms of his supervised release in Spokane, Washington, on August 30, September 10, and December 3, 2016, by operating a motor vehicle without a valid license. |
| | On August 31, 2016, the U.S. Probation Office received information that Mr. Case had been cited for third degree driving while license suspended (DWLS). |

A second notice was received by U.S. probation on September 13, 2016, indicating Mr. Case had been cited by the Spokane County Sheriff's Office on September 10, 2016, for an expired vehicle registration, and operating a vehicle without valid insurance. Law enforcement also noted that Mr. Case had a warrant for failing to appear in court related to his prior DWLS charge. The deputy elected not to arrest the offender, and instead directed him to schedule a warrant recall hearing, to which he complied.

On December 6, 2016, the U.S. Probation Office again received information that Mr. Case had been cited for DWLS on December 3, 2016. U.S. probation staff made contact with the Washington State Patrol on December 6, 2016, who confirmed Mr. Case had been cited for the violation on the evening of December 3, 2016. Mr. Case failed to notify his probation officer of this incident prior to being arrested for the above-mentioned felony matter.

3  **Standard Condition # 11**: The defendant shall notify the probation officer within 72-hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Daniel Case violated the terms of his supervised release in Spokane, Washington, by failing to notify his assigned probation officer within 72 hours of contact with law enforcement, which occurred on August 30, September 10, December 3, and December 7, 2016.

As noted above, Mr. Case was contacted by law enforcement on four separate occasions: August 30, September 10, December 3, and December 7, 2016. In each instance, Mr. Case had personal contact with a law enforcement officer, and received citations/charges for new criminal law and/or traffic violations. Mr. Case failed to contact his assigned U.S. probation officer within 72 hours with any of these contacts.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/09/2016

s/Jeremy M. Tracy

Jeremy M. Tracy
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

December 12, 2016

Date