# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Todd Case        Case Number: 0980 2:07CR00119-RHW-2

Address of Offender: ▮▮▮▮▮▮▮ Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 5, 2009

Original Offense: Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), and 846

Original Sentence: Prison - 70 months      Type of Supervision: Supervised Release
                    TSR - 48 months

Asst. U.S. Attorney: Joseph H. Harrington      Date Supervision Commenced: June 5, 2014

Defense Attorney: Federal Defenders Office      Date Supervision Expires: June 4, 2018

## PETITIONING THE COURT

    **To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On June 2, 2014, Daniel Case signed his conditions of supervision relative to case number 2:07CR00119-RHW-2, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Case was made aware by his U.S. probation officer of the condition prohibiting him from committing another federal, state, or local crime.<br><br>On September 28, 2017, Mr. Case violated the above-stated condition of supervision when he was arrested by United States Secret Service agents for uttering counterfeit obligations of the United States and possessing counterfeit obligations of the United States. |
| 2 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: On June 2, 2014, Daniel Case signed his conditions of supervision relative to case number 2:07CR00119-RHW-2, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Case was made aware by his U.S. probation officer |

of the condition requiring the defendant to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

On September 14, 2017, Mr. Case was contacted by United States Secret Service (USSS) agents when a search warrant was executed on the residence of his girlfriend, Tammi Woodall, where Mr. Case was present. According to the USSS, the offender was questioned by agents regarding the manufacturing of counterfeit federal reserve notes (FRN).

To date, Mr. Case has failed to notify the undersigned officer of the contact he had with USSS agents on September 14, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/29/2017

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/29/2017
Date